# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-2660
LT Case No. 16-2025-DR-000763-A

—————————————————

MEGHAN NICHOLE FROMME,

Appellant,

v.

MATTHEW CODY JOHNSON,

Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Eric Roberson, Judge.

Meghan Nichole Fromme, Goliad, TX, pro se.

No Appearance for Appellee.

June 5, 2026

PER CURIAM.

AFFIRMED. *See Klein v. Manville*, 363 So. 3d 1163, 1169 (Fla. 6th DCA 2023) (observing that section 784.048(2), Florida Statutes, does not require that a petitioner prove that a respondent has "repeatedly stalked" them, just that the respondent has followed, harassed, or cyberstalked them "repeatedly" because nowhere in the statutory definition "is stalking defined as a multiple of itself" (quoting *Pickett v. Copeland*, 236 So. 3d 1142, 1145 (Fla. 1st DCA 2018))).

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____